98–1751.   United States Fid. & Guar. Co. v. St. Elizabeth Med. Ctr.
Montgomery App. No. 16518.
   Cook, J., dissents.